The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VICTORIA ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, in his capacity as the Postmaster General and Chief Executive Officer of the United States Postal Service, UNITED STATES POSTAL SERVICE, a government agency,<br><br>Defendant(s). | Case No. 2:22-cv-01394-JHC<br><br>STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>Noted on Motion Calendar:<br>January 17, 2023 |

## JOINT STIPULATION

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate as follows:

1. Plaintiff filed the operative Complaint on September 29, 2022 (Dkt. 1);

2. The United States Attorney's Office was served on November 22, 2022;

3. Based on this date of service, Defendant's responsive pleading is due January 23, 2023;

4. However, the parties are actively meeting and conferring on a potential motion to dismiss to be filed on behalf of Defendant;

STIPULATION AND ORDER TO EXTEND
RESPONSIVE PLEADING DEADLINE
2:22-cv-01394-JHC - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

5. Plaintiff requires additional time to consider the grounds for the potential motion and to make amendments to the operative Complaint (if applicable).

6. As such, the parties stipulate and agree to extend Defendant's deadline to respond to the Complaint by one week, to January 30, 2023.

**SO STIPULATED**.

DATED this 17th day of January, 2023.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | WILLIAMS, KASTER & GIBBS PLLC |
| *s/ Erin K. Hoar*<br>ERIN K. HOAR, CA No. 311332<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: erin.hoar@usdoj.gov<br><br>*Attorney for Defendants* | *s/ Bethany B. Nolan*<br>BETHANY N. NOLAN, WSBA No. 55788<br><br>*s/ Sumeer Singla*<br>SUMEER SINGLA, WSBA No. 32852<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>Phone: (206) 628-6660<br>Fax: (206) 628-6611<br>Email: bnolan@williamskastner.com<br>Email: ssingla@williamskastner.com<br><br>L.A. LAW & ASSOCIATES<br><br>*s/ Lawand Anderson*<br>LAWAND ANDERSON, WSBA No. 49012<br>22030 7th Ave. S., Ste 103<br>Des Moines, WA 98198<br>Phone: (206) 817-0577<br>Fax: (888) 694-2619<br>Email: lawand@lalaw.legal<br><br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER TO EXTEND
RESPONSIVE PLEADING DEADLINE
2:22-cv-01394-JHC - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

**IT IS SO ORDERED**.

DATED this 17th day of January, 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER TO EXTEND
RESPONSIVE PLEADING DEADLINE
2:22-cv-01394-JHC - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970