The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA ANDERSON, an individual,<br><br>                              Plaintiff,<br><br>   v.<br><br>LOUIS DEJOY, in his capacity as the Postmaster General of the United States Postal Service,<br><br>                              Defendant. | Case No. 2:22-cv-01394-JHC<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT<br><br>Noted on Motion Calendar:<br>February 10, 2023 |

### **JOINT STIPULATION**

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate as follows:

1. Plaintiff filed her initial complaint on September 29, 2022 (Dkt. 1);

2. The United States Attorney's Office was served on November 22, 2022;

3. Based on this date of service, Defendant's responsive pleading was due January 23, 2023;

4. The parties stipulated (and the Court granted) a one week extension of time to respond to the initial complaint, as the parties were actively conferring regarding untimely claims set forth in the initial complaint. Dkts. 19-20 and 23.

STIPULATION AND ORDER TO EXTEND DEADLINE
TO RESPOND TO AMENDED COMPLAINT
2:22-cv-01394-JHC - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

5. Plaintiff filed an amended complaint on January 27, 2023. Dkt. 26.

6. Defendant's Answer is due February 10, 2023.

7. However, the parties are actively conferring regarding subject matter jurisdiction issues that may plague the amended complaint and require additional time to reach agreements on the dismissal of certain claim(s).

8. As such, the parties stipulate and agree to extend Defendant's deadline to respond to the amended complaint by one week, to February 17, 2023.

**SO STIPULATED**.

DATED this 10th day of February, 2023.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | WILLIAMS, KASTER & GIBBS PLLC |
| *s/ Erin K. Hoar*<br>ERIN K. HOAR, CA No. 311332<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: erin.hoar@usdoj.gov<br><br>*Attorney for Defendants* | *s/ Bethany B. Nolan*<br>BETHANY N. NOLAN, WSBA No. 55788<br><br>*s/ Sumeer Singla*<br>SUMEER SINGLA, WSBA No. 32852<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>Phone: (206) 628-6660<br>Fax: (206) 628-6611<br>Email: bnolan@williamskastner.com<br>Email: ssingla@williamskastner.com<br><br>L.A. LAW & ASSOCIATES<br><br>*s/ Lawand Anderson*<br>LAWAND ANDERSON, WSBA No. 49012<br>22030 7th Ave. S., Ste 103<br>Des Moines, WA 98198<br>Phone: (206) 817-0577<br>Fax: (888) 694-2619<br>Email: lawand@lalaw.legal<br><br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER TO EXTEND DEADLINE
TO RESPOND TO AMENDED COMPLAINT
2:22-cv-01394-JHC - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

**IT IS SO ORDERED**.

DATED this 10th day of February, 2023.

*John H. Chun*
_____
JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER TO EXTEND DEADLINE
TO RESPOND TO AMENDED COMPLAINT
2:22-cv-01394-JHC - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970